**United States Bankruptcy Court**
**Northern District of Illinois**

Jeffrey P. Allsteadt, Clerk of Court



Date: 09/04/2020

John M. Thurow
10211 Clearwater Way
Huntley, IL 60142-8624

**Letter to Filer:**

Case Number, *if applicable*: 20-80231
Case Name, *if applicable*: Rock Creek Land Development, LLC

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

☐ Unsigned
☐ Debtor(s) or Company check unacceptable
☐ No fee is required
☐ OTHER: Please refer to last page – ADDITIONAL INFORMATION section.

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

☐ Voluntary Petition (Official Form 101 or 201)
☐ No form of payment (one of the following is required)
- Full Filing Fee
- Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
- Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)
☐ OTHER: Please refer to last page – ADDITIONAL INFORMATION section.

**CORRECTION(S) REQUIRED**

☐ Alias Summons:


☐ Amended Adversary Complaint:


☐ Adversary Proceeding Coversheet:


☐ Amended Petition to Correct:

Letter to Filer – Page 2

☐ Motion to Redact and Proposed Order[1]

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

---

**DEFICIENCY** – Please make all necessary corrections to the document(s) listed below:

☐ Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

☐ Motion is deficient for payment. Please submit payment.

☐ Notice of Motion – please complete and submit.

☐ Proposed Order – please complete and submit.

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

---

**INFORMATION**

☐ **CREDIT BUREAU** – The bankruptcy court does NOT perform any activities with the credit bureaus. You must contact the individual credit bureaus for their procedure for removing your bankruptcy filing from their credit report.

☐ No record of the case name or number exists in our court; therefore we cannot process your request and we're returning the enclosed documents to you.

☐ Case name/number is missing. Please provide the case name/number.

☐ There are several debtors listed. Please provide the correct case number.

---

☒ **ADDITIONAL INFORMATION:**

Enclosed herewith is your letter addressed to Judge Thomas Lynch regarding the above-captioned case. Any communication with the Judge must be done by filing a motion, request or other appropriate document with the Clerk of the Court and the same must be properly noticed to all interested parties in compliance with local and Federal Rules of Procedure. Some of those actions/filings have time restrictions or limitation. You can find those rules on the Court's website at www.ilnb.uscourts.gov.

Below is the contact information for the Chapter 7 Trustee and the U.S. Trustee:

Chapter 7 Trustee: Joseph Olsen, 838 N. Main Street, Rockford, IL 61103-(815)965-8635

U.S. Trustee: Patrick S. Layng, Office of the U.S. Trustee, Region 11, 780 Regent Street, Suite 304, Madison, WI 53715-(608)264-5522

---

[1] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the un-redacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

---

**IF APPLICABLE**

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents.

Include the signature of the attorney representing the debtor/joint debtor.

**FORM OF PAYMENT REQUIREMENT** – Cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court.**

**Mail the required document(s) or payment listed above, including this Letter to my attention at:**

Deputy Clerk _[signature]_

Contact Number 779-772-8619

Updated: 11/22/2017