09 September 2020
10211 Clearwater Way
Huntley, IL 60142-8624

Clerk, U.S. Bankruptcy Court
Federal Building
327 S. Church Street
Rockford, IL 61101

```
F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 11 2020
JEFFREY P. ALLSTEADT, CLERK
```

Subject: Chapter 7 Bankruptcy
Case Number: 20-80231
Case Name: Rock Creek Land Development, LLC

Clerk of Court;

I sent the attached letter to Judge Thomas M. Lynch on 24 August 2020 in regards to the above bankruptcy as a concerned homeowner living in the affected community of Henning Estates. As a non lawyer, I was unaware of the proper protocol required to submit such input. I am submitting my comments once again to all parties as listed and directed by the attached paperwork so that my concerns might be heard.

Once again, thank you for your consideration in this matter.

Sincerely,

John M. Thurow
thurownj@comcast.net
224 733 6292

24 August 2020
10211 Clearwater Way
Huntley, IL  60142-8624

Judge Thomas M. Lynch
United States Bankruptcy Court
Northern District of Illinois
U.S. Courthouse
327 South Church St.
Chambers 4100
Rockford, IL  61101

Subject:  Chapter 7 Bankruptcy
Rock Creek Land Development, LLC
Case # 3:2020bk80231

Dear Judge Lynch;

My wife and I are residents of Henning Estates, an as planned community of 178 homes conceived by the now bankrupt Rock Creek Land Development, LLC.  A small, vocal, controlling group within our current community of 19 houses would like to petition the court to turn over all assets of RCLD, LLC to an HOA, keep things as they are, under our control with no real concrete plans as to how we might financially create expand and develop a viable community going forward and how we might support such a community long term. I don't see Henning Estates in its current form as financially viable without additional infrastructure improvements and without additional development.  Expecting 19 homeowners to take on and tackle such a commitment is short sighted and doomed to failure.

As the judge overseeing this bankruptcy, I reach out to you to bring some sense to the situation we're now in.  We need this development turned over to a true developer, not 19 unprepared homeowners.  A developer with the experience and financial backing to complete this development in some form as originally intended.   A financially strong and viable community and not the sad community we live in now. As you oversee this case, I ask that you consider and keep in mind our long term health

Thank you for your consideration in this matter.

Sincerely,

John M. Thurow
thurownj@comcast.net
224 733 6292